# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00212-CR

**Michael Jude Pirie, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 424TH JUDICIAL DISTRICT
### NO. 40555, HONORABLE EVAN C. STUBBS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Michael Jude Pirie has filed a pro se notice of appeal from his judgment of conviction for the offense of evading arrest. In response, the State has filed a motion to dismiss, arguing that this is a plea-bargain case and that Pirie waived his right to appeal. The record supports the State's position. The district court has certified that this is a plea-bargain case, the defendant has no right of appeal, and the defendant has waived the right of appeal.[1] Accordingly, we grant the State's motion and dismiss the appeal.[2]

---

[1] *See* Tex. R. App. P. 25.2(a)(2), (d).

[2] Pirie, again pro se, has responded to the State's dismissal motion with a "motion for declaration" in which he appears to acknowledge that he agreed to a plea bargain on his evading-arrest offense, but asserts that he did so mistakenly following a discussion with counsel. Pirie cannot raise such a complaint in this direct appeal. *See Cooper v. State*, 45 S.W.3d 77, 81-83 (Tex. Crim. App. 2001). To the extent Pirie is attempting to challenge the voluntariness of his plea, his remedy, if any, would be through a petition for writ of habeas corpus. *See* Tex. Code Crim. Proc. art. 11.07; *Ex parte Harrington*, 310 S.W.3d 452, 458-59 (Tex. Crim. App. 2010); *Cooper*, 45 S.W.3d at 82.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on State's Motion

Filed:   April 29, 2015

Do Not Publish